UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH MICHAEL MILLER,

        Plaintiff,

    v.

URIBE, et al.,

        Defendants.

Case No. 25-cv-07357-NW

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Re: ECF No. 19

The Court is in receipt of Defendants' second motion for an extension of time to file a responsive pleading. *See* ECF No. 19. Upon due consideration of Defendants' motion and the supporting declaration of counsel, good cause appearing, the Court **GRANTS** the motion. *See* Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4). Accordingly, the responsive pleading must be filed and served no later than July 15, 2026.

    **IT IS SO ORDERED.**

Dated: July 7, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California